## LAMAR OUTDOOR ADVERTISING, INC., et al., Plaintiffs-Appellees,

v.

## MISSISSIPPI STATE TAX COMMISSION, et al., Defendants-Appellants.

### No. 82–4076.

United States Court of Appeals,
Fifth Circuit.

March 11, 1983.

John E. Milner, W. Timothy Jones, Peter M. Stockett, Jr., Asst. Atty. Gen., Jackson, Miss., for defendants-appellants.

Center for Science in the Public Interest, Bruce Silverglade, Dir. of Legal Affairs, Washington, D.C., for amicus curiae.

Gary W. Gardenhire, Asst. Atty. Gen., Civ. Div., Oklahoma City, Okl., for State of Oklahoma.

Peter H. Meyers, Washington, D.C., for Accuracy and Action About Alcohol Addiction.

John F. Banzhaf, III, Washington, D.C., for Ash.

James K. Child, Jr., Henry E. Chatham, Jr., Richard D. Gamblin, Jackson, Miss., Jack H. Pittman, Hattiesburg, Miss., for plaintiffs-appellees.

Before CLARK, Chief Judge, BROWN, GOLDBERG, GEE, RUBIN, REAVLEY, POLITZ, RANDALL, TATE, JOHNSON, WILLIAMS, GARWOOD, JOLLY and HIGGINBOTHAM, Circuit Judges.

### BY THE COURT:

A majority of the Judges in active service, on the Court's own motion, having determined to have this case 701 F.2d 314 reheard en banc,

IT IS ORDERED that this cause shall be reheard by the Court en banc with oral argument on a date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of supplemental briefs.